UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| TASHA VYE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 2:24-cv-00339-LEW |
| | ) | |
| HANNAFORD BROS CO LLC, | ) | |
| | ) | |
| Defendant | ) | |

JUDGMENT OF DISMISSAL

In accordance with the Final Approval Order entered by Chief U.S. District Judge Lance E. Walker on August 27, 2026;

JUDGMENT of Dismissal is hereby entered.

Jennifer P. Lyons, Clerk

By: /s/ Stacey Graf
Deputy Clerk

Dated this 27th day August, 2026.